```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08714
   ROBERT KELLY
   CERVANDA KELLY                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-6196    SSN XXX-XX-5753
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/12/07 and confirmed on 08/06/07.

2. The case was dismissed after confirmation, 01/17/2008.

3. The Debtor paid a total of $   1511.39 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| RAWHIDE CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| FROYLAN MANJARIEZ | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 335.01 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| PROPERTY MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 720.80 | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| THE DENTAL STORE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 155.87 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3524.78 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1197.77 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | UNSECURED | 1291.15 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 7225.38 | .00 | 7225.38 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |

```
INTEREST PAID                         .00           .00          .00          .00          .00
TOTAL PAID                            .00           .00          .00          .00          .00
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP           , was allowed $   3500.00
and was paid $     650.00  direct and $    1468.97   through the plan.

The Trustee received $      42.42 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/11/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                              PAGE   2
         CASE NO. 07 B 08714 ROBERT KELLY & CERVANDA KELLY